Eric B. Eisinger, WSBA #34293
Bret Uhrich, WSBA #45595
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA  99352
Telephone: (509) 735-4444
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R.W., individually and on behalf of his marital community,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA BASIN COLLEGE, a public institution of higher education, RALPH REAGAN, in his official and individual capacities, LEE THORNTON, in his official and individual capacities.<br><br>Defendants. | Cause No.  4:18-cv-05089-RMP<br><br>PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO LCR 56.1 |

Pursuant to LCR 56.1, Plaintiff R.W. submit this Statement of Material Facts in support of the Motion for Summary Judgment.

| No. | Fact Asserted | Evidentiary Support |
|---|---|---|
| 1. | R.W. was a student enrolled at the nursing program at CBC in the Winter Quarter of 2017 and was in | Eisinger Decl., ECF No. 37-34, pgs. 5-6. |
PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 1

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140



| | | |
|---|---|---|
| | good standing. | |
| 2. | R.W. had accumulated 177 credit hours at CBC and was one quarter from graduating with a degree in nursing. | Eisinger Decl., ECF No. 37-4, pg. 4. |
| 3. | During his enrollment, R.W. was a disabled person suffering from chronic back pain, epilepsy, insomnia, anxiety and depression. | Eisinger Decl., ECF No. 37-24, pgs. 2; 5. |
| 4. | CBC knew R.W. was disabled and provided R.W. with services through the Student Resources Center. | Eisinger Decl., ECF No. 37-23, pg. 1 |
| 5. | In February of 2017, R.W. saw an increase in the frequency of his epileptic seizures which he attributed to stress. These symptoms led to R.W. experiencing trouble sleeping and insomnia. | Eisinger Decl., ECF No. 37-24, pg. 5; Eisinger Decl., ECF No. 37-12, pg. 1. |
| 6. | On February 28, 2017, R.W. contacted his primary care physician Dr. Michael Cabasug because R.W. was having trouble with insomnia and was having violent thoughts regarding his instructors at CBC. | Eisinger Decl., ECF No. 37-12, pg. 1; Eisinger Decl., ECF No. 37-22, pg. 10. |
| 7. | From February 28, 2017 to March 6, 2017, R.W. attended classes at CBC with no issues and did not mention these thoughts to anyone at CBC or | Eisinger Decl., ECF No. 37-12, pg. 1; Reagan Dep. 39:3 to |

PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 2

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140



WALKER
HEYE
MEEHAN
EISINGER

| | | | |
|---|---|---|---|
| | | elsewhere. | 39:14; Reagan Dep. 156:7 to 156:16; Eisinger Decl., ECF No. 37-25, pg. 1.; Eisinger Decl., ECF No. 26, pg. 3. |
| | 8. | R.W. met with Dr. Cabasug on March 6, 2017 and informed his physician of his thoughts about hurting his instructors. Dr. Cabasug's chart note describes R.W.'s reporting of the circumstances of the ideation as follows:<br><br>> Does have a seizure disorder and is on Keppra. Has been having more episodes in the last several weeks. He attributes this to lack of sleep which is affected by his depression.<br><br>Dr. Cabasug recommended a change in R.W.'s drug dosage and spoke with R.W. regarding techniques for managing stress. | Eisinger Decl., ECF No. 37-12, pg. 1; Eisinger Decl., ECF No. 37-24, pg. 5; |
| | 9. | Dr. Cabasug referred R.W. to Lourdes, the Designated Crisis Responder for Benton and Franklin Counties, for evaluation. While at Dr. | Eisinger Decl., ECF No. 37-24, pg. 5; Eisinger Decl., ECF |

PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 3

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

| | | |
|---|---|---|
| | Cabasug's office, R.W. met with a representative of Lourdes and thereafter voluntarily admitted himself to Lourdes Transition Center for inpatient mental health treatment. | No. 37-27, pgs. 3-4. |
| 10. | Lourdes contacted the Richland and Pasco Police Departments regarding R.W.'s violent thoughts about his instructors at CBC. | Eisinger Decl., ECF No. 37-10, pgs. 2; 5-7; |
| 11. | The police contact was conveyed to CBC security supervisor Levi Glatt and in-turn to Ralph Reagan. | Eisinger Decl., ECF No. 37-10, pgs. 9-12; Reagan Dep. 23:20 to 24:12. |
| 12. | Ralph Reagan is the Assistant Dean of Student Conduct for CBC. | Reagan Dep. 7:15 to 7:16. |
| 13. | The communication viewed by Mr. Reagan prior to issuing the interim trespass stated as follows:<br><br>Levi,<br>At approximately 0800 hours 3/7/17, I was contacted by Ofc. K. Erickson of PPD with the following information.<br>PPD was contacted earlier today by Crisis Response about CBC student [R.W.]. [R.W.] admitted to having homicidal ideations toward staff at CBC, talking about lighting offices on fire and attacking people with saws. The instructors specifically mentioned are Kim | Eisinger Decl., ECF No. 37-10, pg. 10; Reagan Dep. 26:16 to 26:23. |
PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 4
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140



WALKER HEYE MEEHAN EISINGER

| | | |
|---|---|---|
| | [T]ucker Valerie Topham and Alma Martinez. <u>[R.W.] is currently at Carondelet getting help and may not be an immediate threat</u> (emphasis added). | |
| 14. | Carondelet is a common way to refer to Crisis Response in the Tri-Cities because the DMHP, Lourdes Counseling Center, is located on Carondelet Drive in Richland. | *See* Aronow Dep. 8:16 to 8:24. |
| 15. | On March 7, 2017, Ralph Reagan issued a letter to R.W. trespassing R.W. on the basis that R.W.'s communications to medical professionals constituted "Abusive Conduct" under the CBC Student Code of Conduct. | Eisinger Decl., ECF No. 37-9, pg. 1. |
| 16. | Ralph Reagan was aware that R.W. was receiving services for a disability from the Student Resource Center before issuing the interim trespass letter to R.W. | Eisinger Decl., ECF No. 37-23, pg. 1. |
| 17. | After R.W. was trespassed from CBC, R.W.'s instructors began falsifying reasons for his dismissal from the Nursing program. | *Compare* Eisinger Decl., ECF No. 37-5, pgs. 1-2 *with* Cooke Dep. 85:13 to 85:16 |

PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 5

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

| | | |
|---|---|---|
| | | *and* 86:2 to 86:3; Eisinger Decl., ECF No. 37-6, pg. 1; Eisinger Decl., ECF No. 37-29, pg. 1; Eisinger Decl., ECF No. 37-30, pg. 1. |
| 18. | R.W.'s instructor Valerie Cooke (Topham) had a "complete meltdown" after speaking with law enforcement regarding R.W. seeking mental health treatment for his violent ideations. | Eisinger Decl., ECF No. 37-7, pg. 1. |
| 19. | Ms. Cooke (Topham) generated academic progress alerts after learning of R.W.'s ideation stating that R.W. was showing a lack of effort, lack of progression/critical thinking and low examination scores. | Eisinger Decl., ECF No. 37-5, pgs. 1-2. |
| 20. | The day after the interim trespass, on March 8, 2017, nursing program director Kim Tucker filled out a "Nursing Student Discontinuation Form" stating that R.W. was discontinued from the | Eisinger Decl., ECF No. 37-6, pg. 1. |

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

| | | |
|---|---|---|
| | program based on "incomplete winter quarter trespassed from campus." | |
| 21. | On March 8, 2017, Ms. Tucker drafted a letter (which ultimately was never sent) to R.W. dismissing R.W. from the nursing program immediately and permanently based on his breach of "professionalism standards as a nursing student," citing R.W.'s communications with his medical providers. | Eisinger Decl., ECF No. 37-31, pg. 1; Eisinger Decl., ECF No. 37-29, pg. 1. |
| 22. | Ralph Reagan expressed his agreement with Kim Tucker that R.W. should be dismissed from the program based on professionalism concerns. | Eisinger Decl., ECF No. 37-30, pg. 1. |
| 23. | On March 8, 2017, Ralph Reagan began an investigation of the violation of the Student Code of Conduct Mr. Reagan alleged that R.W. had undertaken. | Eisinger Decl., ECF No. 37-11, pg. 1. |
| 24. | On March 10, 2017, R.W. sent Reagan an e-mail asking for the interim trespass to be lifted so that R.W. could resume his classes. | Eisinger Decl., ECF No. 37-12, pg. 1. |
| 25. | On March 13, 2017, the CBC nursing facility staff | Eisinger Decl., ECF |

PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 7

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140


WALKER HEYE MEEHAN EISINGER

| | | |
|---|---|---|
| | were told that R.W. would not be returning to the nursing program. | No. 37-32, pg. 1. |
| 26. | On March 14, 2017, the Student Appeal Board affirmed the interim trespass. | Eisinger Decl., ECF No. 37-13, pg. 1. |
| 27. | On March 22, 2017, Mr. Reagan met with R.W. and counsel for R.W. regarding the alleged violation. | Eisinger Decl., ECF No. 37-22, pg. 7; Reagan Dep. 148:1 to 148:7. |
| 28. | At the March 22, 2017 meeting, Ralph Reagan requested full access to R.W.'s medical records. | Eisinger Decl., ECF No. 37-22, pg. 7; Reagan Dep. 148:1 to 148:7. |
| 29. | On March 22, 2017, R.W. sought additional review of the interim trespass from CBC's president Lee Thornton. | Eisinger Decl., ECF No. 37-14, pgs. 1-2. |
| 30. | The President of CBC is the final decision maker in regard to violations of the Student Code of Conduct | WAC § 132S-100-415(5)(c)(iii). |
| 31. | On April 19, 2017, CBC interim president Lee Thornton modified the trespass to exclude the Pasco CBC campus but the trespass restriction regarding | Eisinger Decl., ECF No. 37-15, pg. 1. |

PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 8

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140



WALKER
HEYE
MEEHAN
EISINGER

| | | |
|---|---|---|
| | the Richland campus remained in place. | |
| 32. | The nursing program is located at the Richland campus of CBC. | Reagan Dep. 59:11 to 59:15. |
| 33. | Ralph Reagan reviewed the medical records thoroughly, creating a detailed table of contents of the records, noting private conversations between R.W. and his physician, including events unrelated to R.W.'s health such as seeking treatment for diarrhea. | Eisinger Decl., ECF No. 37-21, pgs. 1-4; Reagan Dep. 115:21 to 115:22. |
| 34. | After reviewing the records, Ralph Reagan concluded that the health care providers had determined that R.W. was not a threat to others before he was released from voluntary treatment and that he was continuing with outpatient mental health treatment. | Eisinger Decl., ECF No. 37-22, pgs. 11-12; Reagan Dep. 148:1 to 148:7; |
| 35. | Following the meeting between R.W. and Ralph Reagan, on March 29, 2017, R.W.'s treating physician Dr. Cabasug drafted correspondence "to whom it may concern" affirming that R.W. had never demonstrated aggressive behavior or language | Eisinger Decl., ECF No. 37-32, pg. 1. |

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140


WALKER HEYE MEEHAN EISINGER

| | | |
|---|---|---|
| | since Dr. Cabasug began treating R.W. and that the incident was very out of character. | |
| 36. | Ralph Reagan attributed R.W.s' violent ideations disclosed to his medical providers to R.W.'s disabilities. | Eisinger Decl., ECF No. 37-35, pg. 1; Reagan Dep. 175:5 to 175:14. |
| 37. | On April 20, 2017, after completing his investigation, Ralph Reagan found R.W. responsible for violating CBC's policy on Abusive Conduct and sanctioned R.W. for the violation. | Eisinger Decl., ECF No. 37-16, pgs. 1-2. |
| 38. | "Abusive Conduct" is defined in the CBC Student Code of Conduct as: Physical and/or verbal abuse, threats, intimidation, harassment, online harassment, coercion, bullying, cyberbullying, retaliation, stalking, cyberstalking, and/or other conduct which threatens or endangers the health or safety of any person or which has the purpose or effect of creating a hostile or intimidating environment. | WAC § 132S-100-125. |
| 39. | Ralph Reagan found that R.W.'s conversation with his physician was abusive conduct which created "a hostile or intimidating environment" at CBC. | Eisinger Decl., ECF No. 37-16, pgs. 1-2. |

PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 10

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

| | | |
|---|---|---|
| 40. | When asked to identify the specific "conduct" that occurred, Mr. Reagan identified the thoughts in R.W.'s head as the violative "conduct." | Reagan Dep. 156:7 to 156:12. |
| 41. | On May 4, 2017, R.W. appealed to the Student Appeal Board requesting review of the finding of misconduct. | Eisinger Decl., ECF No. 37-17, pgs. 1-3. |
| 42. | On May 24, 2017, the Student Appeal Board affirmed the finding of misconduct. | Eisinger Decl., ECF No. 37-18, pg. 1. |
| 43. | On June 7, 2017, R.W. appealed to the President of CBC regarding the finding. | Eisinger Decl., ECF No. 37-19, pgs. 1-3. |
| 44. | On June 12, 2017, CBC President Lee Thornton affirmed the finding of misconduct and the sanctions therein. | Eisinger Decl., ECF No. 37-20, pgs. 1-4. |
| 45. | As the President of CBC, Lee Thornton had the authority as the final decisionmaker in regard to the appeal and sanctions. | WAC § 132S-100-415(5)(c)(iii). |
| 46. | Columbia Basin College is a public institution established by the State of Washington. | WAC §132S-01-015 |

//

PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 11

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

DATED: June 3, 2019.

        *s/Bret Uhrich*
        Eric B. Eisinger, WSBA #34293
        Bret Uhrich, WSBA #45595
        Walker Heye Meehan & Eisinger, PLLC
        1333 Columbia Park Trail, Ste 220
        Richland, WA 99352
        Telephone: (509) 735-4444
        Attorneys for Plaintiff
        E-mail: eeisinger@walkerheye.com
        E-mail: buhrich@walkerheye.com

PLAINTIFF'S STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE - 12

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

# Certificate of Service

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Carl P. Warring: carlw@atg.wa.gov

*s/Bret Uhrich*
Eric B. Eisinger, WSBA #34293
Bret Uhrich, WSBA #45595
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Attorneys for Plaintiff
E-mail: eeisinger@walkerheye.com
E-mail: buhrich@walkerheye.com

PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 13

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER