# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2019

SEAN F. McAVOY, CLERK

R.W., individually and on behalf of his marital community,

*Plaintiff*

v.

COLUMBIA BASIN COLLEGE, a public institution of higher education; LEE THORNTON, in his official and individual capacities; RALPH REAGAN, in his official and individual capacities,

*Defendant*

Civil Action No. 4:18-CV-5089-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 31, is DENIED. Plaintiff's Motion for Summary Judgment, ECF No. 36, is GRANTED IN PART with respect to liability on R.W.'s claim under 42 U.S.C. § 1983. Plaintiff's motion is DENIED in part with respect to liability on his claims under the Americans with Disabilities Act, the Rehabilitation Act, and the Washington Law Against Discrimination.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on motions for summary judgment.

Date: October 4, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer