AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. McAVOY, CLERK

R.W., individually and on behalf of his marital community,

*Plaintiff*

v.

COLUMBIA BASIN COLLEGE, a public institution of higher education; LEE THORNTON, in his individual capacity; REBEKAH WOODS, in her official capacity; and RALPH REAGAN, in his official and individual capaacities,

*Defendant*

Civil Action No. 4:18-CV-5089-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Partial Summary Judgment, ECF No. 128, is GRANTED IN PART with respect to Defendant Columbia Basin College only. Plaintiff's claim for injunctive relief under § 1983 against Defendant Columbia Basin College is DISMISSED WITH PREJUDICE. The remainder of Defendants' Motion for Partial Summary Judgment is DENIED. Judgment is entered for Defendant Columbia Basin College only regarding Plaintiff's § 1983 claim for injunctive relief.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on Defendants' Motion for Partial Summary Judgment.

Date:  November 19, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore