# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

R.W., individually and on behalf of his marital community,
*Plaintiff*

v.

COLUMBIA BASIN COLLEGE, a public institution of higher education, et al.,
*Defendant*

Civil Action No. 4:18-CV-5089-MKD

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The plaintiff recover nothing, the action be dismissed on the merits, and the defendants Columbia Basin College, Lee Thornton and Ralph Reagan recover costs from the plaintiff R.W.

This action was *(check one)*:

☑ tried by a jury with Judge  Mary K. Dimke  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date: August 10, 2022

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen