FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2023

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| R.W., individually and on behalf of his marital community,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COLUMBIA BASIN COLLEGE, a public institution of higher education; et al.,<br><br>　　　　　Defendants. | No. 4:18-CV-05089-MKD<br><br>EVIDENTIARY HEARING SCHEDULING ORDER |

On October 18, 2023, the Court held a status conference in this matter. Bret Uhrich appeared on behalf of Plaintiff. Nicholas Ulrich appeared on behalf of Defendants. At the status conference, the parties requested further time to determine their availability for an evidentiary hearing on the remaining issues in this matter. The parties were ordered to notify the Court once they had confirmed their availability on the proposed hearing dates.

ORDER - 1

On November 1, 2023, counsel for the parties confirmed with the Court that they are available for an evidentiary hearing on January 17, 2024, to continue through January 18 and 19, 2024, if necessary.

Accordingly, **IT IS ORDERED:**

**1. Witness/Exhibit Lists**

Witness/Exhibit lists shall be filed and served and exhibits made available for inspection or copies provided to the parties on or before the date indicated in the Summary of Deadlines below.

**A. Witness Lists**

Witness lists shall include a brief description of the witness, a brief summary of the witness' anticipated testimony, whether the witness will be called as an expert, and any known date/time conflicts the witness may have.

**B. Exhibit Lists**

Exhibit lists shall include a brief description of the exhibit. All exhibits shall be pre-marked; Plaintiffs' exhibits shall be numbered 1 to 999; Defendants' exhibits shall be numbered 1000 to 1999. Exhibits shall be marked in the lower right corner of the exhibit when practicable.

ORDER - 2

**2. Hearing Briefs, Proposed Findings of Fact and Conclusions of Law**

**A. Generally**

Hearing briefs and proposed findings of fact and conclusions of law shall be filed and served on or before the date indicated in the Summary of Deadlines below. Counsel shall email courtesy copies of their proposed findings of fact and conclusions of law in Microsoft Word to dimkeorders@waed.uscourts.gov.

**B. Hearing Brief Length**

Hearing briefs shall not exceed 20 pages without prior court approval. To obtain court approval, a party must file a motion to file an overlength brief, demonstrating good cause why supplemental briefing is necessary.

**3. Evidentiary Hearing**

The evidentiary hearing shall commence on **Wednesday, January 17, 2024, at 9:00 a.m.,** in Richland Courtroom 189.

**4. Summary of Deadlines**

| | |
|---|---|
| Hearing briefs, findings of fact and conclusions of law: | **December 13, 2023** |
| Witness and exhibit lists filed and served: | **January 3, 2024** |
| **EVIDENTIARY HEARING** | **January 17, 2024<br>9:00 a.m. - Richland** |

ORDER - 3

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

DATED November 2, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 4