UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R.W., individually and on behalf of his marital community,<br><br>                Plaintiff,<br><br>v.<br><br>COLUMBIA BASIN COLLEGE, a public institution of higher education, LEE THORNTON, in his individual capacity; REBEKAH WOODS, in her official capacity; and RALPH REAGAN, in his official and individual capacities,<br><br>                Defendants. | No. 4:18-cv-5089-MKD<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

THIS MATTER having come before the Court on Plaintiff's motion for partial summary judgment establishing liability (*ECF No. 305*), and the Court being advised herein, does hereby GRANT Plaintiff's motion for summary judgment

ORDER REGARDING PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 1

1  establishing liability of Defendants for violation of R.W.'s rights under the First
2  Amendment.
3       DATED this \_\_\_\_ day of May, 2024.

          _____
          THE HONORABLE MARY K. DIMKE
          United States District Court Judge

ORDER REGARDING PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT - 2