HONORABLE MARY K. DIMKE

CARL P. WARRING, #27164
ANDREW D. BROWN, #58477
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

R.W., individually and on behalf of his marital community,

          Plaintiffs,

vs.

COLUMBIA BASIN COLLEGE, a public institution of higher education, RALPH REAGAN, in his official and individual capacities, LEE THORNTON, in his individual capacity, REBEKAH WOODS, in her official capacity

          Defendants.

Cause No. 4:18-05089-MKD

**PARTIES' JOINT EXHIBIT LIST**

The Parties, through their counsel of record, submit the following joint exhibit list:

| Ex. # | Description of Exhibit | Previously Admitted | Pending Objection |
|---|---|---|---|
| 1 | Nursing student discontinuation form dated March 7, 2017 | X | |

PARTIES' JOINT EXHIBIT LIST - page 1



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

| | | | | |
|---|---|---|---|---|
| 2 | Dismissal letter and related email correspondence between Kim Tucker Virginia Tomlinson and Ralph Reagan dated March 7-8, 2017 | X | |
| 3 | Academic progress alerts issued by Valerie Cooke dated March 7, 2017 | X | |
| 4 | Valerie Cooke correspondence dated May 4, 2018 | X | |
| 5 | Email correspondence regarding R.W.'s enrollment status between Kim Tucker and Paula Ochoa dated March 7-8, 2017 | X | |
| 6 | Email correspondence regarding deactivation of R.W.'s Kadlec badge between Kim Tucker and Levi Glatt dated March 7-8, 2017 | X | |
| 7 | CBC nursing faculty meeting minutes for March 13, 2017 | X | |
| 8 | Letter from Ralph Reagan imposing interim trespass restriction dated March 7, 2017 | X | |
| 9 | Initial student conduct letter from Ralph Reagan dated March 8, 2017 | X | |
| 10 | Email correspondence between R.W. and Ralph Reagan dated March 8-10, 2017 | X | |
| 11 | Student appeals board letter from Patricia Campbell regarding interim trespass restriction dated March 14, 2017 | X | |
| 12 | Letter from R.W. appealing student appeals board decision regarding interim trespass restriction dated March 22, 2017 | X | X |
| 13 | Letter from Lee Thornton modifying interim trespass restriction dated April 19, 2017 | X | |
| 14 | Student conduct letter from Ralph Reagan dated April 20, 2017 | X | |
| 15 | Letter from R.W. appealing student conduct decision to student appeals board dated May 4, 2017 | | |

| | | | | |
|---|---|---|---|---|
| 16 | Student appeals board letter from Michael Lee dated May 24, 2017 | X | |
| 17 | Letter from R.W. appealing student appeals board decision dated June 7, 2017 | | |
| 18 | Letter and final decision of CBC President Lee Thornton dated June 12, 2017 | X | |
| 19 | Email correspondence between nursing and administrative staff regarding anticipated March 7, 2017 meeting to address concerns regarding R.W.'s seizure disorder | X | |
| 20 | Pasco Police Department report dated March 6, 2017 | | X |
| 21 | Richland Police Department dated March 7, 2017 | X | |
| 22 | CBC campus security report dated March 7, 2017 | X | |
| 23 | Email from Mike Hahn to Levi Glatt regarding initial police report dated March 7, 2017 | X | |
| 24 | Email correspondence between Ralph Reagan, Peggy Buchmiller and Ben Beus regarding interim trespass restriction dated March 7, 2017 | X | |
| 25 | Email correspondence between Ralph Reagan and Patricia Campbell regarding R.W.'s appeal from interim trespass restriction dated March 14, 2017 | X | |
| 26 | Email correspondence between Ralph Reagan, faculty and administrative staff regarding student behavioral intervention team (SBIT) dated March 8-14, 2017 | X | |
| 27 | Email correspondence from Ralph Reagan regarding student conduct investigation status dated March 17-21, 2017 | | |
| 28 | Email correspondence between Ralph Reagan and Mike Hahn regarding anticipated student conduct meeting with R.W. on March 22, 2017 | X | |

| # | Description | | |
|---|---|---|---|
| 29 | Ralph Reagan investigation notes from March 22, 2017 student conduct meeting | X | |
| 30 | CBC financial aid suspension notice dated March 28, 2017 | X | |
| 31 | Email correspondence from Ben Beus and Ralph Reagan regarding R.W.'s financial aid status dated April 3, 2017 | X | |
| 32 | Email correspondence regarding production of R.W.'s medical records and medical authorizations dated April 10-12, 2017 | X | |
| 33 | Email correspondence between Patricia Campbell and Anita Kongslie regarding anticipated teleconference with Lourdes Counseling Center staff Michelle Arronow and Alex Soulia dated April 12, 2017 | X | |
| 34 | Ralph Reagan and Patricia Campbell's notes regarding telephone conference with Michelle Arronow and Alex Soulia dated April 13, 2017 | X | |
| 35 | Email correspondence dated April 14, 2017 from Ralph Reagan to Patricia Campbell regarding student conduct investigation status and findings | X | |
| 36 | Email correspondence dated April 19, 2017 between Patricia Campbell and Ralph Reagan regarding proposed letter from Lee Thornton modifying interim trespass restriction | X | |
| 37 | Email correspondence dated April 20, 2017 from Ralph Reagan regarding lifting of R.W.'s trespass from Pasco campus | X | |
| 38 | Email from Ralph Reagan dated May 3, 2017 regarding production of CBC nursing student handbook | X | |
| 39 | Student appeals board file including R.W.'s appeal letter, Ralph Reagan's April 20, 2017 student conduct decision letter, investigative notes and response notes | X | |

| | | | |
|---|---|---|---|
| 40 | Email correspondence from Ralph Reagan dated May 18, 2017 regarding student appeals board meeting and anticipated decision | | |
| 41 | Email correspondence between Patricia Campbell and Ralph Reagan regarding student appeals board decision dated May 22, 2017 | X | |
| 42 | Email correspondence regarding R.W.'s appeal to Lee Thornton dated June 8, 2017 | | |
| 43 | Email correspondence between R.W., Kim Tucker and Ralph Reagan regarding R.W.'s reenrollment in nursing program dated July 12 – 31, 2017 | X | |
| 44 | R.W. academic timeline prepared by Kim Tucker | X | |
| 45 | R.W. student conduct timeline prepared by Ralph Reagan | X | |
| 46 | R.W.'s CBC transcript | X | |
| 47 | Registrar notepad | X | |
| 48 | Nursing grades from Spring 2015 through Winter 2017 | X | |
| 49 | Fall 2015 clinical journal | | X |
| 50 | Winter 2016 clinical journal **(pg. 6)** | X | |
| 50 | Winter 2016 clinical journal **(complete)** | | X |
| 51 | Winter 2017 clinical journal | | X |
| 52 | Ancillary evaluation checklists | | |
| 53 | Clinical evaluations from Fall 2014 through Fall 2015 | X | |
| 54 | February 2016 nursing student discontinuation form | X | |

| | | | | |
|---|---|---|---|---|
| 55 | Email correspondence between R.W., Kim Tucker and Valerie Cooke regarding R.W.'s return to nursing school in Winter 2017 quarter | X | |
| 56 | R.W.'s reentry testing dated December 2, 2016 | | |
| 57 | Letter from Dr. Michael Cabasug, M.D. dated January 12, 2017 regarding R.W.'s return to school | X | |
| 58 | Canvas email correspondence between R.W. and Alma Martinez from 2016-2017 | | |
| 59 | Canvas email correspondence between R.W. and Becky Phillips from 2017 | | |
| 60 | Corrected coversheet and resume for R.W. from Becky Phillips | | |
| 61 | Academic progress alert and student support plan from Becky Phillips dated February 13-14, 2017 | X | |
| 62 | Email correspondence dated January 23-24, 2017 between R.W. and student resource office regarding R.W.'s disability accommodation | | |
| 63 | R.W.'s individual accommodation plan and file for Winter 2017 | X | |
| 64 | Student resource center accommodation log prepared by Peggy Buchmiller and Patricia Campbell | X | |
| 65 | R.W.'s student resource file from 2012 to 2016 | | |
| 66 | R.W.'s interrogatories and requests for production of documents to CBC, interrogatory nos. 7-11, with answers | X | |
| 67 | R.W.'s Trios medical records with table of contents authored by Ralph Reagan, correspondence from R.W.'s counsel and March 29, 2017 letter from Dr. Cabasug regarding R.W.'s treatment status **(pgs. 1-6, 92)** | X | |

| # | Description | | |
|---|---|---|---|
| 67 | R.W.'s Trios medical records with table of contents authored by Ralph Reagan, correspondence from R.W.'s counsel and March 29, 2017 letter from Dr. Cabasug regarding R.W.'s treatment status **(complete)** | | X |
| 68 | R.W.'s Lourdes Counseling Center records **(pgs. 79-81)** | X | |
| 68 | R.W.'s Lourdes Counseling Center records **(complete)** | | |
| 69 | R.W.'s Crisis Response records | X | |
| 70 | R.W.'s epilepsy records from Dr. Timothy Powell | | |
| 71 | CBC Student Code of Conduct | X | |
| 72 | CBC financial aid policy | X | |
| 73 | CBC nursing program student handbook | X | |
| 85[1] | June 18, 2024 Request for Public Records | | X |
| 86 | July 18, 2024 Response to Public Records Request | | X |
| 204 | Midterm Grade Report | X | |
| 207 | Accommodation Procedure | X | |
| 211 | Email String Tucker Topham | X | |
| 232 | Cabasug Records Excerpt **(pgs 99-104)** | X | |
| 244 | Academic Calendar | X | |
| 248 | West Power Point | X | |
| 252 | Occupational and Wage Estimates | X | |

| 1000 | Cabasug Progress Note 2-25-2015 | | |
|---|---|---|---|
| 1001 | Cabasug Progress Note 3-25-2015 | | |
| 1002 | Cabasug Progress Note 5-15-2015 | | |
| 1003 | Cabasug Progress Note 6-25-2015 | | |
| 1012 | Cabasug Progress Note 3-6-2017 | | |
| 1035 | Letter From Dr. Cabasug | | |
| 1046 | Complaint for Damages **(IDENTIFICATION ONLY)** | | |
| 1047 | Discovery Responses **(IDENTIFICATION ONLY)** | | |
| 1048 | Reagan to Welch Letter 2021-7-8 | | |

DATED this 17th day of January, 2025.

EVANS, CRAVEN & LACKIE, P.S.

By: *s/ Carl P. Warring*
CARL P. WARRING, WSBA #27164
ANDREW D. BROWN, WSBA #58477
Attorneys for Defendants

WALKER HEYE, PLLC

By: *s/ Bret Uhrich*
BRET UHRICH, WSBA #45595
ABIGAIL CYBULA, WSBA #59063
Attorneys for Plaintiff

PARTIES' JOINT EXHIBIT LIST - page 8



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on January 17th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Bret Uhrich
Abigail Cybula
Email: buhrich@walkerheye.com
Email: acybula@walkerheye.com

    s/ *Carl P. Warring*
CARL P. WARRING, WSBA #27164
ANDREW D. BROWN, WSBA #58477
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
(509) 455-5200
(509) 455-3632 Facsimile
CWarring@ecl-law.com
Abrown@ecl-law.com