Bret Uhrich, WSBA #45595
Abigail Cybula, WSBA #59063
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R.W., individually and on behalf of his marital community,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>COLUMBIA BASIN COLLEGE, a public institution of higher education,; REBEKAH WOODS, in her official capacity; and RALPH REAGAN, in his individual and official capacities,<br><br>　　　　　　　　Defendants. | Cause No. 4:18-cv-05089-MKD<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO EXHIBIT LIST |

　　　　Plaintiff provides the following responses to the objections set forth by Defendants to Plaintiff's exhibits (ECF 330)

PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECT

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

| Ex. # | Description of Exhibit |
|---|---|
| 12 | Letter from R.W. appealing student appeals board decision regarding interim trespass restriction dated March 22, 2017 |

Plaintiff agrees that statements he attributes to providers within the letter constitute hearsay and cannot be taken for the truth of the matter asserted. Evidentiary value would be limited to the effect on listener. *See Los Angeles News Serv. v. CBS Broad., Inc.*, 305 F.3d 924, 935 (9th Cir. 2002).

| Ex. # | Description of Exhibit |
|---|---|
| 20 | Pasco Police Department report dated March 6, 2017 |

Plaintiff agrees with Defendants for the same reasons set forth in response to Exhibit 12.

| Ex. # | Description of Exhibit |
|---|---|
| 49 | Fall 2015 clinical journal |

Plaintiff agrees to withdraw Exhibit 49

| Ex. # | Description of Exhibit |
|---|---|
| 50 | Winter 2016 clinical journal |

Plaintiff agrees to withdraw Exhibit 50

PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECT

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

| Ex. # | Description of Exhibit |
|---|---|
| 51 | Winter 2017 clinical journal |

Plaintiff agrees to withdraw Exhibit 52

| Ex. # | Description of Exhibit |
|---|---|
| 67 | R.W.'s Trios medical records with table of contents authored by Ralph Reagan, correspondence from R.W.'s counsel and March 29, 2017 letter from Dr. Cabasug regarding R.W.'s treatment status |

This exhibits demonstrates the records that were reviewed by Ralph Reagan as part of his investigation which led him to impose sanctions on R.W. These records are relevant regarding upon what basis Reagan found R.W. to have engaged in misconduct and imposed sanctions upon him. As this is a bench trial, the Court is in a better position as the finder of fact to recognize the hearsay elements of these records.

| Ex. # | Description of Exhibit |
|---|---|
| 85 | June 18, 2024 Request for Public Records |
| 86 | July 18, 2024 Response to Public Records Request |

One of the questions before the Court is the scope and source of the authority of the decisionmakers at Columbia Basin College. *See R.W. v. Columbia Basin Coll.*,

PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECT

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

77 F.4th 1214, 1227–28 (9th Cir. 2023); *see also* Jury Trial Day 4, pg. 725 ¶¶ 12-17 (ECF No. 289, pg. 80) Jury Trial Day 5 pgs. 932-33 ¶¶ 6-16 (ECF No. 290 pgs. 15-16). Further, Defendants have suggested that the sanctions imposed on R.W. were non-punitive in nature and do not constitute adverse action. In this case, the public records request and the response by Columbia Basin College to the request make it clear that there are no other written policies setting forth the scope of the Student Conduct Officer's authority beyond regulations contained in Wash. Admin. Code §§ 132S-100. There are no alternate policies for the Nursing Program aside from the program handbook. These exhibits are relevant to demonstrate that there are no other sources of policy or authority.

DATED this 30th day of January, 2025.

*s/Bret Uhrich*
Bret Uhrich, WSBA #45595
Abigail Cybula, WSBA #59063
Attorneys for Plaintiffs
Walker Heye, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: buhrich@walkerheye.com
         acybula@walkerheye.com

PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECT

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Carl Perry Warring:    cwarring@ecl-law.com
    Andrew David Brown:    abrown@ecl-law.com

    *s/ Bret Uhrich*
    Bret Uhrich

PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECT

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140