AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| R.W., individually and on behalf of his marital community,<br>*Plaintiff*<br>v.<br>COLUMBIA BASIN COLLEGE, a public institution of higher education; RALPH REAGAN, in his official and individual capacities; LEE THORNTON, in his individual capacity; and REBEKAH WOODS, in her official capacity,<br>*Defendants* | Civil Action No. 4:18-CV-05089-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Partial Summary Judgment, ECF No. 306, and Defendants' Motion for Summary Judgment, ECF No. 304, are DENIED.
Judgment of dismissal without prejudice is entered on the Section 1983 claim for injunctive relief against Defendant Ralph Reagan in his official capacity

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: February 4, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore