AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2025

SEAN F. McAVOY, CLERK

R.W., individually and on behalf of his marital community,

*Plaintiff*

v.

COLUMBIA BASIN COLLEGE, a public institution of higher education; RALPH REAGAN, in his official and individual capacities; LEE THORNTON, in his individual capacity; and REBEKAH WOODS, in her official capacity,

*Defendant*

Civil Action No. 4:18-CV-05089-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendant Woods on Plaintiff R.W.'s Section 1983 claim for injunctive relief. Pursuant to order filed at ECF No. 352, final judgment is entered in favor of Defendants on all claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Mary K. Dimke without a jury and the above decision was reached.

☐ decided by Judge _____

Date: June 16, 2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore