Bret Uhrich, WSBA #45595  
Abigail Cybula, WSBA #59063  
Walker Heye Meehan & Eisinger, PLLC  
1333 Columbia Park Trail, Ste 220  
Richland, WA  99352  
Telephone: (509) 735-4444  
Attorneys for Plaintiff

Honorable Mary K. Dimke

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R.W., individually and on behalf of his marital community,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COLUMBIA BASIN COLLEGE, a public institution of higher education,;  REBEKAH WOODS, in her official capacity; and RALPH REAGAN, in his individual and official capacities,<br><br>　　　　　　　Defendants. | Cause No.  4:18-cv-05089-MKD<br><br>NOTICE OF APPEAL |

Notice is hereby given that Plaintiff appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment and Orders entered in this action as follows:

Dkt. 250: Jury Verdict in Favor of All Defendants, August 9, 2022

NOTICE OF APPEAL - 1

WALKER HEYE, PLLC  
1333 Columbia Park Trail, Suite 220  
Richland, WA 99352  
P: 509.735.4444  
F: 509.735.7140

Dkt. 252: Judgment in a Civil Action, August 10, 2022

Dkt. 255 Order on Plaintiff's Rule 50(a) Motion for Judgment as a Matter of Law, September 2, 2022

Dkt. 266, Order denying Plaintiff's Rule 50(b) Motion for Judgment as a Matter of Law, August 30, 2023.

Dkt. 303: Order Granting Defendant's Motion for Reconsideration, January 19, 2024.

Dkt. 352: Findings of Fact and Conclusions of Law, June 16, 2025

Dkt. 353: Judgment in a Civil Action, June 16, 2025.

DATED this 30th day of June, 2025.

*s/Bret Uhrich*
Bret Uhrich, WSBA #45595
Abigail Cybula, WSBA #59063
Attorneys for Plaintiffs
Walker Heye, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: buhrich@walkerheye.com
acybula@walkerheye.com

NOTICE OF APPEAL - 2

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Carl Perry Warring:    cwarring@ecl-law.com
Andrew David Brown:    abrown@ecl-law.com

*s/ Bret Uhrich*
Bret Uhrich

NOTICE OF APPEAL - 3

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Eastern District of Washington

U.S. District Court case number: 4:18-cv-05089-MKD

Date case was first filed in U.S. District Court: 05/25/2018

Date of judgment or order you are appealing: June 16, 2025

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

R.W.

Is this a cross-appeal?  ⦿ Yes   ○ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If Yes, what is the prior appeal case number? 19-35849; 21-35995

Your mailing address:

1333 Columbia Park Trail

Ste. 220

City: Richland   State: WA   Zip Code: 99352

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Bret Uhrich   Date 6/30/2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                      Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
R.W.

Name(s) of counsel (if any):
Bret Uhrich

Address: 1333 Columbia Park Trail, Ste. 220
Telephone number(s): 509-735-444
Email(s): buhrich@walkerheye.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Columbia Basin College; Rebekah Woods; Ralph Reagan

Name(s) of counsel (if any):
Carl Perry Warring; Andrew David Brown

Address: 818 W Riverside Avenue, Ste. 250
Telephone number(s): 509-455-5200
Email(s): cwarring@ecl-law.com; abrown@ecl-law.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                              *New 12/01/2018*